**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| ADRIANO M. SERAFIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-24-1037-HE |
| | ) | |
| STANDARD WIRELESS GROUP, LLC., *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the order entered this same date, plaintiff's action against defendants is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to effect service of process.

**IT IS SO ORDERED**.

Dated this 19th day of March, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE